# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Deborah Ann Weidenhamer,<br><br>    Petitioner,<br><br>v.<br><br>United States of America,<br><br>    Respondent. | No. CV-18-02361-PHX-ROS<br>     CR 16-01072-PHX-ROS<br><br>**ORDER** |

On December 23, 2019, Magistrate Judge Michelle H. Burns issued a Report and Recommendation ("R&R") recommending Petitioner Deborah Ann Weidenhamer's ("Weidenhamer") Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 be denied and dismissed with prejudice. Weidenhamer requested two extensions of time to allow her to seek counsel to assist with her objections, each of which was granted. Weidenhamer's objections to the R&R were due on February 12, 2020. Weidenhamer did not file any objections. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED IN FULL**. The Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 (Doc. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because Weidenhamer has not made a substantial showing of the denial of a constitutional right and jurists of reason would not find the ruling debatable.

Dated this 26th day of February, 2020.

Honorable Roslyn O. Silver
Senior United States District Judge